FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 10 2016

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 4:16-CR-00113 SWW |
| vs. ) | |
| ) | |
| JAMES CHRISTOPHER GEESLIN, ) | 18 U.S.C. § 922(g)(1) |
| aka JAMES CHRISTOPER GEESLIN JR. ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  Prior to January 1, 2016, the defendant,

JAMES CHRISTOPHER GEESLIN, aka JAMES CHRISTOPHER GEESLIN JR.,

had previously been convicted as follows:

1. In Arkansas County Circuit Court for sexual assault third degree, in criminal case CR 2004-1512 on or about December 2, 2004;

2. In Arkansas County Circuit Court for residential burglary, two counts, and theft of property, two counts, in criminal case CR 2005-19 on or about June 29, 2005;

3. In Arkansas County Circuit Court for aggravated residential burglary, possession of firearms by certain persons, aggravated assault, three counts, and terroristic act, in criminal case CR 2009-416 on or about February 2, 2010;

B.  The crimes set forth in paragraph A above were punishable by a term of imprisonment exceeding one year.

C.    On or about January 1, 2016, in the Eastern District of Arkansas, the defendant, JAMES CHRISTOPHER GEESLIN, aka JAMES CHRISTOPHER GEESLIN JR., did knowingly possess, in and affecting commerce, one or more of the following firearms and ammunition:

1. an Ithaca, model 37-Featherlight, 12 gauge shotgun, bearing serial number 371236702;
2. a Raven Arms, model MP-25, .25 caliber pistol, bearing serial number 1866888;
3. twenty-one (21) rounds of Winchester brand .25 caliber ammunition;
4. five (5) rounds of Speer brand .25 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

[End of Text.  Signature page attached.]